UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARROW SMITH,

    Plaintiff,

v.

MERS, BANK OF AMERICA,
COUNTRYWIDE, and TROTT &
TROTT, P.C.,

    Defendants.
_____/

Case No. 10-12508

Hon. John Corbett O'Meara
Hon. Michael Hluchaniuk

**ORDER OVERRULING OBJECTIONS TO
MAGISTRATE'S MARCH 17, 2011 ORDER**

    Before the court are Plaintiff's objections to Magistrate Judge Hluchaniuk's March 17, 2010 order denying his motion to compel. Defendants did not file a response.

    Pursuant to 28 U.S.C. § 636(b)(1)(A), this court may modify or set aside any portion of Magistrate Judge Hluchaniuk's non-dispositive order that is "clearly erroneous or contrary to law." See also Fed. R. Civ. P. 72(a). Having reviewed Plaintiff's objections, the underlying motion, and the applicable legal authority, the court concludes that Magistrate Judge Hluchaniuk's decision was not clearly erroneous or contrary to law.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's objections to Magistrate Judge Hluchaniuk's March 17, 2011 order are OVERRULED.

                                   s/John Corbett O'Meara
                                   United States District Judge

Date: May 12, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 12, 2011, using the ECF system and Plaintiff at 2082 Meadow Reed Drive, Sterling Heights, MI 48314 by first-class U.S. mail.

s/William Barkholz
Case Manager