UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARROW SMITH,

    Plaintiff,

                                              Case No. 10-12508

v.

                                              Hon. John Corbett O'Meara

MERS, et al.,                              Hon. Michael Hluchaniuk

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    Before the court is Magistrate Judge Michael Hluchaniuk's May 9, 2012 report and recommendation regarding Trott & Trott P.C.'s supplemental motion for summary judgment. No objections to the report and recommendation have been filed.

    Having reviewed the report and recommendation, and the entire record;

    IT IS HEREBY ORDERED that Magistrate Judge Hluchaniuk's May 9, 2012 report and recommendation is ADOPTED as the court's findings and conclusions.


                                              s/John Corbett O'Meara
                                              United States District Judge

Date:  May 31, 2012


    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 31, 2012, using the ECF system, and upon Plaintiff at 2082 Meadow Reed Drive, Sterling Heights, Michigan 48314 by first-class U.S. mail.


                                              s/William Barkholz
                                              Case Manager